■ Robert Petrelli, Appellant, v Suffolk County Civil Service Commission et al., Respondents.—Judgment unani-

mously affirmed without costs for reasons stated in decision at Supreme Court, Geiler, J. *(see also, Matter of Catanzaro v City of Buffalo,* 163 AD2d 822). (Appeal from judgment of Supreme Court, Suffolk County, Geiler, J.—art 78.) Present—Callahan, J. P., Denman, Green, Lawton and Davis, JJ.